**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07cv99999 |
|---|---|
| Osorio v. Sprint Nextel Corp. et al. | (temp.) |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

```
                              FILED: JUNE 4, 2008
                              08CV 3228 NF
  Plaintiff                   JUDGE DARRAH
                              MAGISTRATE JUDGE COLE
```

| NAME (Type or print) |
|---|
| Ilan Chorowsky |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/Ilan Chorowsky |

| FIRM   Progressive Law Group LLC |
|---|

| STREET ADDRESS   222 W. Ontario Street, Suite 310 |
|---|

| CITY/STATE/ZIP   Chicago, IL 60610 |
|---|

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER   312-643-5893 |
|---|---|
| Ill. Reg. #6269534 | |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO X |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO X |
|---|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |