## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3228 | **DATE** | 6/11/08 |
| **CASE TITLE** | Osorio v. Sprint Nextel Corporation, et al. | | |

**DOCKET ENTRY TEXT:**

Status hearing set for 8/27/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|

Case 1:08-cv-03228    Document 6    Filed 06/11/2008    Page 1 of 1