# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3228 | **DATE** | 8/27/2008 |
| **CASE TITLE** | Osorio vs. Sprint Nextel Corp. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 9/23/08 at 9:00 a.m. Rule 26(a)(1) disclosures to be exchanged by 9/17/08. Responsive pleadings to be filed by 9/3/08. Defendants' motions for leave to appear pro hac vice for Christopher J. Willis and J. Timothy McDonald are granted [8, 9].

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | MF |
|---|---|---|