UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADRIEL OSORIO, on behalf of himself and all similarly situated persons, <br><br> Plaintiff, <br><br> v. <br><br> SPRINT NEXTEL CORPORATION; SPRINT/UNITED MANAGEMENT COMPANY, and DOES 1-20, <br><br> Defendants. | Case No.: 08CV3228 <br><br> Judge Darrah |

**NOTICE OF MOTION**

TO:   Ilan Chorowsky, Esq.
      PROGRESSIVE LAW GROUP LLC
      222 W. Ontario, Suite 310
      Chicago, Illinois 60610

      PLEASE TAKE NOTICE that on September 10, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable John W. Darrah in Courtroom 1203 of the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn, Chicago, Illinois 60604, and then and there present **DEFENDANT'S MOTION TO STAY AND MOTION TO DISMISS STATE LAW CLASS ACTION CLAIMS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)** a copy of which is attached hereto.

      SPRINT/UNITED MANAGEMENT COMPANY

      By   /s/ Michael L. Sullivan
          One of Its Attorneys

Michael L. Sullivan  (ARDC 6207822)
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

J. Timothy McDonald
Christopher J. Willis
ROGERS & HARDIN LLP
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA  30303
*Admitted pro hac vice*

# CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2008, I caused to be served a true and correct copy of **DEFENDANT'S MOTION TO STAY AND MOTION TO DISMISS STATE LAW CLASS ACTION CLAIMS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)** with the Clerk of the Court using the CM/ECF System which will automatically send e-mail notification of such filing to the following attorney of record:

> Ilan Chorowsky, Esq.
> PROGRESSIVE LAW GROUP LLC
> 222 W. Ontario, Suite 310
> Chicago, Illinois 60610

/s/ Michael L. Sullivan