Adriel Osorio
                    Plaintiff,

v.                                            Case No.: 1:08−cv−03228
                                                      Honorable John W. Darrah

Sprint Nextel Corporation, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 7, 2011:

      MINUTE entry before Honorable John W. Darrah:Fairness hearing held. The Court approves the final settlement. Civil case terminated. Signature from the Court and execution of the final settlement approval and dismissal with prejudice order will be entered on 6/14/11. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.